UNITED STATES of America, Plaintiff–Appellee,

v.

Luis Alejandro ESPINOZA–URRUTIA, also known as Luis Alejandr Espinoza–Urrutia, also known as Luis Uriostegui, also known as Luis Bustmant Uriostegui, Defendant–Appellant.

No. 05–11217.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided July 13, 2006.

Denise B. Williams, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

David E. Sloan, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Luis Alejandro Espinoza–Urrutia raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.